# Court of Appeals
# of the State of Georgia

ATLANTA, January 25, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0207. D'MANTE ANDERSON v. MELODY MADDOX.

D'Mante Anderson, who is currently facing criminal charges, filed a petition for writ of habeas corpus against Melody Maddox, as the warden of DeKalb County Jail. The trial court dismissed Anderson's habeas petition, and he filed this application for discretionary review.

Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/25/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*